# THE COURT OF COMMON PLEAS OF BUCKS COUNTY, PENNSYLVANIA
## ORPHANS' COURT DIVISION

IN RE: JUDITH W. MOORE, an alleged incapacitated person
FILE NO.: 2020-20679

## FINAL DECREE

AND NOW, this 31st, day of March, 2021, upon consideration of Petition for Adjudication of an Incapacitated Person and Appointment of Guardian and after hearing, the Court makes the following findings:

A. Judith W. Moore is sixty-two (62) years old and resides at Bell Haven Rehabilitation 1320 Mill Road, Quakertown, Pennsylvania 18951.

B. As a result of Judith W. Moore's diminished mental and physical capacity in the nature of multiple sclerosis, with growing and increasing brain tension, she is unable to receive and evaluate information effectively, to make and communicate responsible decisions about her estate and her person, or to meet essential requirements for her physical health and safety.

C. Judith W. Moore, is totally incapacitated and in need of a plenary guardian of her estate and of her person.

It is, therefore, ORDERED and DECREED that:

1. Judith W. Moore is adjudged a totally incapacitated person, and Susan N. Ellis is appointed plenary guardian of her estate and of her person.

2. The guardian shall file a sealed copy of the incapacitated person's Last Will and Testament, if any, with the Court, or notify the Court that no Will exists, within ninety (90) days of the date of this Decree.

3. Pursuant to 231 Pa. Code Rule 14.8(a), the guardian of the estate and of the person of Judith W. Moore shall file:

EXHIBIT F

    a.  an Inventory of all assets titled in the name of Judith W. Moore within ninety (90) days of the date of this Decree;

    b.  reports, one year after their appointment and annually thereafter, with the Clerk of the Orphans Court;

    c.  a final report by the guardian of the person and the guardian of the estate within sixty (60) days after the death of the incapacitated person, an adjudication of capacity, a change of guardian, or the expiration of an order of limited duration;

    d.  a final report from the guardian of the person and the guardian of the estate upon receipt of the provisional order from another state's court accepting transfer of this guardianship.

  No person shall be entitled to receive notice of the filing of any of the above-described reports.

  4.  Pursuant to 231 Pa. Code Rule 14.7(a)(2), Judith W. Moore is hereby notified of the right to seek reconsideration of this Order pursuant to Rule 8.2 and the right to appeal this Order within thirty (30) days from the date of this Order by filing a Notice of Appeal with the Clerk of the Orphans' Court. Judith W. Moore may also petition the court at any time to review, modify, or terminate the guardianship due to a change in circumstances. Judith W. Moore has a right to be represented by an attorney to file a motion for reconsideration, an appeal, or to seek modification or termination of this guardianship. If the assistance of counsel is needed and Judith W. Moore cannot afford an attorney, an attorney will be appointed to represent Judith W. Moore free of charge.

5. Pursuant to 231 Pa. Code Rule 14.7(b)(1), the guardians of the estate and of the person of Judith W. Moore shall not be required to provide security with corporate surety.

6. The guardians are not permitted to expend principal of the incapacitated person's estate without permission of this Court, in accordance with the provisions of 20 Pa. C.S. §5536.

7. Pursuant to 231 Pa. Code Rule 14.7(b)(2), all financial institutions, including without limitation, banks, savings and loans, credit unions, and brokerages, shall grant to the guardian of Judith W. Moore's estate access to any and all assets, records, and accounts maintained for the benefit of Judith W. Moore and the guardian of Judith W. Moore's estate shall be entitled to transfer, retitle, withdraw, or otherwise exercise dominion and control over any and all said assets, records, and accounts. The failure of any financial institution to honor this order may lead to contempt proceedings and the imposition of sanctions.

BY THE COURT:

_____
J.